UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MULLIN, *et al.*<br><br>*Defendants*. | Civil Action No. 26-1084 (JMC) |

**CONSENT MOTION TO STAY THE DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, Markwayne Mullin, Todd Lyons, and Rodney S. Scott, (hereinafter, "Defendants"), by and through undersigned counsel, respectfully request that the Court stay Defendants' deadline to respond to Plaintiffs' complaint (ECF No. 1). Defendants further request that the Court calendar a joint status report for the parties to outline how they intend to proceed in this matter, scheduled for 30 days after the D.C. Circuit issues the mandate in *Make the Road v. Mullin,* No. 25-53205 (D.C. Cir.).[1] Pursuant to Local Civil Rule 7(m), the undersigned conferred with Plaintiffs' counsel on July 27, 2026, and they consent to the relief requested. Good cause supports this motion, as set forth below:

1. Plaintiffs filed the Complaint in this action on March 30, 2026. ECF. No. 1. Contemporaneously, on that same date, Plaintiffs filed a Notice of Related Case designating *Make*

[1] *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir.); *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC) (D.D.C.) (jointly, *Make the Road I*).

*the Road I* as a related matter to this one. *See* ECF No. 2. Plaintiffs effectuated service on April 21, 2026, making Defendants' initial response deadline June 20, 2026. ECF. No. 14.

2. Defendants moved to enlarge the response deadline on June 18, 2026 (ECF No. 16), just five days before the D.C. Circuit published its June 23, 2026 decision in *Make the Road I*. *Make the Rd. New York v. Mullin*, 179 F.4th 16 (D.C. Cir. June 23, 2026). The Court granted that request, and the responsive pleading in the instant matter is currently due on August 3, 2026. *See* Minute Order (June 25, 2026).

3. The Court of Appeal's resolution of the issues in *Make the Road I* will be relevant to proceedings in this matter, including how Defendants will respond to Plaintiffs' complaint. Accordingly, a further stay of Defendants' responsive pleading deadline in this matter will serve the interests of judicial economy, without prejudicing any party.

4. On July 27, 2026, Plaintiffs filed their petition for rehearing en banc. *See* Petition for Rehearing En Banc, *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir. July 27, 2026). Because the mandate of the Court of Appeals' decision will not issue until the completion of the en banc process, Defendants respectfully request that this Court stay Defendants' responsive pleading deadline in this matter, currently calendared for August 3, 2026. *See* Minute Order (June 25, 2026).

5. This Court possesses "the inherent authority to stay proceedings in the interests of judicial economy and efficiency." *Am. Postal Workers Union v. U.S. Postal Serv.*, 422 F. Supp. 2d 240, 248 (D.D.C. 2006) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (noting that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

6. Any further merits ruling from the D.C. Circuit's ruling will undoubtedly impact how this matter proceeds, because the issues overlap. Thus, in the interest of judicial economy, Defendants respectfully request that the Court stay Defendants' August 3, 2026 deadline. Defendants further request that the Court direct the parties to file a joint status report to be due 30 days after the D.C. Circuit issues the mandate in the appeal so the parties can propose at that time how they intend to proceed in this matter.

7. On July 30, 2026, this Court granted Defendants' identical request in *Make the Road I*. *See* Minute Order, 1:25-cv-00190, (July 30, 2026) (staying the responsive pleading deadline and scheduling a joint status letter to be due within 30 days of the D.C. Circuit issuing the mandate in *Make the Road v. Noem, et al.*, 25-cv-04455 (JMC), ECF. No. 1, (D.D.C.), which is consolidated with *Make the Road I*).

8. A proposed order is attached.

Dated: July 30, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*By: /s/ Samantha-Josephine Baker*

SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS *et al.*,

*Plaintiffs*,

v.

MULLIN, *et al.*

*Defendants*.

Civil Action No. 26-1084 (JMC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion to stay the response deadline to respond to Plaintiffs' complaint (ECF No. 1), it is hereby:

ORDERED that the motion is GRANTED and Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint is stayed until further order of the Court; and it is

FURTHER ORDERED that the parties file a joint status report with their respective proposals for proceeding in this matter within 30 days after the D.C. Circuit issues the mandate in the appeal of *Make the Rd. New York v. Mullin*, No. 25-5320, (D.C. Cir.); *Make the Road v. Noem, et al.*, 1:25-cv-00190 (JMC) (D.D.C.).

SO ORDERED:

________________
Date

____________________________
JIA M. COBB
United States District Judge